# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0392
LT Case No. 2009-CF-005038-A

_____

TRAE JEAN MITCHELL ST. ANGE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Seminole County.
Melissa D. Souto, Judge.

Trae Jean Mitchell St. Ange, Arcadia, pro se.

No Appearance for Appellee.

July 21, 2026

PER CURIAM.

AFFIRMED.

LAMBERT, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____